WILLIAM G. MALCOLM #129271
ANDREW D. SCOBLE #267377
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Telephone: (949) 252-9400
Facsimile: (949) 252-1032
asoble@mclaw.org

Attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| SVETLANA TYSHKEVICH,<br><br>                       Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF HARBOR VIEW MORTGAGE LOAN PASS-THOUGH TRUST CERTIFICATES SERIES 2006-12; SELECT PORFOLIO SERVICING, INC.; REAL TIME RESOLUTIONS, INC.; NATIONAL DEFAULT SERVICING CORPORATION; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C; AND DOES 1-10 INCLUSIVE,<br><br>                       Defendants. | Case No.: 2:15-cv-02010-JAM-AC<br><br>*Hon. Allison Claire*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[Federal Rules of Evidence, Rule 201]**<br><br>Date:    December 2, 2015<br>Time:   10:00 a.m.<br>Dept:   26, 8th Floor<br><br>*[Filed concurrently with Motion to Dismiss and Proposed Order]*<br><br>Complaint filed: September 23, 2015 |

**TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE, ALL PARTIES AND THEIR ATTORNEYS OR RECORD, IF ANY:**

Defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C ("BONY") requests, pursuant to Federal Rules of Evidence ("FRE"), Rule 201, that the Court take judicial notice of the following recorded documents in connection with its Motion to Dismiss Plaintiff's Complaint filed concurrently herewith:

1. A Deed of Trust recorded on March 14, 2006, in the Placer County Recorder's Office, bearing instrument number 2006-0027652, a true and correct copy of which is attached hereto as Exhibit "1."

2. A Deed of Trust and Assignment of Rents recorded on March 14, 2006, in the Placer County Recorder's Office, bearing instrument number 2006-0027653, a true and correct copy of which is attached hereto as Exhibit "2."

3. A Corporate Assignment of Deed of Trust recorded on July 1, 2015, in the Placer County Recorder's Office bearing instrument number 2015-0056164, a true and correct copy of which is attached hereto as Exhibit "3."

4. A Notice of Default recorded on June 16, 2008, in the Placer County Recorder's Office, bearing instrument number 2008-0048763, a true and correct copy of which is attached hereto as Exhibit "4."

5. A Notice of Trustee's Sale recorded on March 12, 2015, in the Placer County Recorder's Office, bearing instrument number 2015-0017658, a true and correct copy of which is attached hereto as Exhibit "5."

///
///
///
///
///

| | |
|---|---|
| Dated:  October 30, 2015 | MALCOLM ♦ CISNEROS,<br>a Law Corporation |
| | By:  */s/ Andrew D. Scoble*<br>Andrew D. Scoble, Esq.<br>Attorneys for Defendant<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C |

-3-
REQUEST FOR JUDICIAL NOTICE