UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA TYSHKEVICH, | No. 2:15-CV-2010 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF HARBOR VIEW MORTGAGE LOAN PASS-THROUGH TRUST CERTIFICATES SERIES 2006-12; et al., | |
| Defendants. | |

     Plaintiff, proceeding pro se, has filed an application for a Temporary Restraining Order ("TRO") or Preliminary Injunction, together with her First Amended Complaint. ECF Nos. 16, 17. Plaintiff asserts that unless the court intervenes, she will lose her home to a trustee's sale on November 23, 2015, based upon a mortgage loan which plaintiff claims she has rescinded. See Declaration of Svetlana Tyshkevich ("Plaintiff's Dec.") (ECF No. 16). The court will accordingly hear plaintiff's application on November 13, 2015.

     The court notes that (1) plaintiff's application appears to be based upon her having sent a rescission notice more than nine years after the March 6, 2006 date when the loan transaction was memorialized, see TRO Checklist (ECF No. 16-1) at pp. 7 & 9, and (2) defendants, having previously moved to dismiss the original complaint on the grounds of the 3-year statute of

1

limitations, can be expected to raise the statute of limitations in opposition to this application. The parties should therefore be prepared to discuss the statute of limitations issue and all other matters pertinent to the application.

Therefore, IT IS HEREBY ORDERED that:

1. A hearing on plaintiff's application for a TRO or Preliminary Injunction is SET for November 13, 2015 at 10:00 a.m. in Courtroom 26 (8th Floor), before the undersigned;

2. Defendants shall file their responses to the application no later than November 9, 2015 at 3:30 p.m.

3. Plaintiff shall file her Reply, if any, no later than November 12, 2015 at 12:30 p.m.

DATED: November 4, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE