UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA TYSHKEVICH, | No. 2:15-cv-2010 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A. etc.; et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 13, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed no later than Wednesday, November 18, 2015 at 4:00 p.m. ECF No. 26. Plaintiff filed objections to the findings and recommendations on October 9, 2015. ECF No. 28.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 13, 2015, are ADOPTED IN FULL; and

1

2. Plaintiff's application for a Temporary Restraining Order or Preliminary Injunction (ECF No. 16) is denied.

DATED: November 20, 2015

/s/ JOHN A. MENDEZ

United States District Judge

Tysh2010.800